UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY JACINTHE,<br><br>      Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; THOMAS CIOPPA, District Director, New York; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services; and MERRICK BRIAN GARLAND, Attorney General, *in their official capacities*,<br><br>      Defendants. | 22-CV-10830 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On January 3, 2023, the Court ordered that the parties submit a joint letter and proposed case management plan no later than one week prior to the initial pretrial conference, which is scheduled for February 10, 2023, at 2:00 p.m. *See* Dkt. 6. As of today's date, these materials have not been filed. The parties shall promptly submit their joint letter and proposed case management plan in advance of the initial pretrial conference. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: February 7, 2023
    New York, New York

                     Hon. Ronnie Abrams
                      United States District Judge