

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 8, 2023

By ECF
Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Jacinthe v. Mayorkas, et al.*, No. 1:22-cv-10830 (RA)

Dear Judge Abrams:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Petition to Remove Conditions on Residence (Form I-751). I write respectfully to request that the telephonic pre-trial conference scheduled for February 10, 2023, be adjourned, and the government's time to respond to the complaint be extended, *sine die* in light of the parties' filing of a stipulation and proposed order of dismissal. *See* ECF No. 9. The government's response to the complaint is due on February 28, 2023. In addition, I respectfully request *nunc pro tunc* that the parties' time to submit the joint letter and proposed case management plan also be extended, *sine die*. I apologize for my oversight in failing to confer with the plaintiff's counsel regarding the required submissions in advance of the currently scheduled conference, as the Court had directed.

    By way of background, on February 1, 2023, USCIS issued a Notice of Intent to Deny. Once this Office received the notice, it conferred with the plaintiff's counsel, who agreed to stipulate to dismiss this case without prejudice. Accordingly, the parties submitted a fully executed stipulation and proposed order of dismissal on February 8, 2023. *See* ECF No. 9. The government thus respectfully requests that the Court adjourn the scheduled conference and extend the government's time to respond to the complaint and the parties' pre-trial submissions *sine die* while the Court considers the parties' proposed stipulation. This is the government's first request for an extension or adjournment. Counsel for plaintiff consents to the request.

We thank the Court for its consideration of this letter.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

By:   /s/ Leslie A. Ramirez-Fisher
       LESLIE A. RAMIREZ-FISHER
       Assistant United States Attorney
       Tel.: (212) 637-0378
       Email: leslie.ramirez-fisher@usdoj.gov

cc: Patrick Caston Crowley, Esq. (By ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
2/9/2023